

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Larry L. Carr Jr #220372
_____ Plaintiff _____
Warden George
Lt. Millman
Commissioner Carl C. Danberg
_____ Defendant(s) _____

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07 - 232 -

I, Larry L Carr Jr., declare that I am the (check appropriate box)

(X) Petitioner/Plaintiff/Movant      ( ) Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   •(Yes)   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Sussex Correctional Inst Georgetown DE

   **Inmate Identification Number (Required):** 220372

   Are you employed at the institution?  NO  Do you receive any payment from the institution?  _____

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   •(No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   DCC Symrna DE Kitchen $2.00 A month.

3. In the past 12 twelve months have you received any money from any of the following sources?

   |    | Source | Yes | No |
   |----|--------|-----|-----|
   | a. | Business, profession or other self-employment | • • Yes | •(No) |
   | b. | Rent payments, interest or dividends | • • Yes | •(No) |
   | c. | Pensions, annuities or life insurance payments | • • Yes | •(No) |
   | d. | Disability or workers compensation payments | • • Yes | •(No) |
   | e. | Gifts or inheritances | • • Yes | •(No) |
   | f. | Any other sources | • • Yes | •(No) |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ·· Yes  (·No)

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   ·· Yes  (·No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   L L C III - Son - $50.00 A week
   I'm behind

I declare under penalty of perjury that the above information is true and correct.

4-13-07
DATE

_Larry C_____
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**REQUEST FORM
FOR
INMATE ACCOUNT ACTIVITY STATEMENT**

Inmate Name: __Carr_____ __Larry____ __L__    SBI Number: __220372__
              (Last)        (First)     (M.I.)

Housing Unit: __P-T-5__

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_____/s/ Larry Carr_____        _____/s/ Judith Ann Lederman_____
Inmate Signature                                               Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: _____

RECEIVED
SCI Business Office

MAR 2 9 2007

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

Printed: 3/30/2007

*Average Daily Balance For Pauper Filing*

Page 1 of 1

*For Days the Individual was in Residence at SCI from 2/24/2007 through 3/29/2007*

*SBI:  00220372*          NAME:     CARR, LARRY L JR.

| Date | Balance |
|---|---|
| 02/24/2007 | $44.00 |
| 02/25/2007 | $44.00 |
| 02/26/2007 | $44.00 |
| 02/27/2007 | $44.00 |
| 02/28/2007 | $44.00 |
| 03/01/2007 | $44.00 |
| 03/02/2007 | $44.00 |
| 03/03/2007 | $44.00 |
| 03/04/2007 | $44.00 |
| 03/05/2007 | $44.00 |
| 03/06/2007 | $44.00 |
| 03/07/2007 | $44.00 |
| 03/08/2007 | $44.00 |
| 03/09/2007 | $44.00 |
| 03/10/2007 | $44.00 |
| 03/11/2007 | $44.00 |
| 03/12/2007 | $44.00 |
| 03/13/2007 | $44.00 |
| 03/14/2007 | $44.00 |
| 03/15/2007 | $44.00 |
| 03/16/2007 | $44.00 |
| 03/17/2007 | $44.00 |
| 03/18/2007 | $44.00 |
| 03/19/2007 | $44.00 |
| 03/20/2007 | $44.00 |
| 03/21/2007 | $44.00 |
| 03/22/2007 | $42.00 |
| 03/23/2007 | $42.00 |
| 03/24/2007 | $42.00 |
| 03/25/2007 | $42.00 |
| 03/26/2007 | $42.00 |
| 03/27/2007 | $42.00 |
| 03/28/2007 | $0.35 |
| 03/29/2007 | $0.35 |

Summary for 'SBI' =  00220372 (34 detail records)          **Average Daily Balance:     $41.08**

## Prior Month -- Individual Statement

Date Printed: 3/30/2007  Page 1 of 1

## For Month of February 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00220372 | CARR | LARRY | L | JR. | | |
| Current Location: | MULTI SEC ISL 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 2/24/2007 | $44.00 | $0.00 | $0.00 | $0.00 | $44.00 |
| Committed | | 2/24/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $44.00 |
| | | | | | | Ending Mth Balance: | $44.00 |

## Current Month -- Individual Statement

Date Printed: 3/30/2007                                                                 Page 1 of 1

### For Month of March 2007

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $44.00 |
|---|---|---|---|---|---|---|
| 00220372 | CARR | LARRY | L | JR. | | |
| Current Location: | MULTI SEC ISL 2 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 3/22/2007 | $0.00 | ($2.00) | $0.00 | $0.00 | $44.00 |
| Medical | | 3/22/2007 | ($2.00) | $0.00 | $0.00 | $0.00 | $42.00 |
| Commissary | | 3/28/2007 | ($41.65) | $0.00 | $0.00 | $0.00 | $0.35 |
| Copies | | 3/29/2007 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.35 |

Ending Mth Balance:   $0.35

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($2.00)