

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Larry L. Carr Jr #220372
(Name of Plaintiff)    (Inmate Number)

Sussex Correctional Institution
P.O. Box 500 Georgetown, DE 19947
(Complete Address with zip code)

07-232

(2) _____
(Name of Plaintiff)    (Inmate Number)

(Case Number)
(to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Warden George
(2) L.t. Millman
(3) Commissioner Carl C. Danberg
(Names of Defendants)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
APR 30 2007
U.S.

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

None

_____
_____
_____
_____
_____

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed a grievance also wrote
(a.) Joseph R. Biden III, Attorney General / Senator James T. Vau

2. What was the result? I got no answer - no copy of the grievance: sent to Internal Affairs

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Warden George
   Employed as Warden at V.O.P and Sussex Community
   Mailing address with zip code: Corrections Center 23207 Dupont BLVD
   SCCC, Georgetown, DE 19947 (302) 856-5790

(2) Name of second defendant: Lt. Millman
   Employed as C.t. at V.O.P and Sussex Community
   Mailing address with zip code: Corrections Center 23207 Dupont BLVD
   SCCC, Georgetown, DE 19947 (302) 856-5790

(3) Name of third defendant: Carl C. Danbery Commissioner
   Employed as Commissioner of D.O.C at DE Department of Correction
   Mailing address with zip code: Department of Correction 245 McKee Rd
   Dover, DE 19904 (302) 739-5601

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. While on the premises of SCCC – Sussex Community Correctional Center (Work-release Center) Georgetown DE 19947 on 2/22/07 at About 3:45 AM Warden George came with other officers to where I was laying. (1st (See Att 1)

2. While on the premises of SCCC – Sussex Community Correctional Center (work-release Center) Georgetown DE 19947 on 2/22/07 At About 3:45 AM Lt. Millman drove up in her A-sign state vehicle Ask me to (See Att 2-B)

3. Because of the Commissioner continue ignore of Warden George and the officers under him behavior this action against me was allowed to happen. (Act happen At About 3:45 AM on 2-22-07 At SCCC Sussex community Correctional Center Work-release Georgetown DE 19947

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want 250,000.00 for pain and suffering I also would like to press charges

(1-A) In the custody of L.t. Millman He Asked her why was I still laying here. She said she was waiting for clearance to call for a ambulance. He then ask me can you move your toes. I then said yes along with Lt. Millman, I even showed him that I could. L.t. Millman said you can see that his ankle is broke. He then gave order to pick me up and put me in the back of his personal vehicle.

    In so doing Warden George along with the other officer dropped me in the back of his personal pick up truck causen me to slam down on the bed of the truck. He then slam my foot in with the tail gate of his pick up truck. Then he drop me off at the V.O.P. Center in Georgetown DE. By driven me on to the premisses behind locked gates. He did all of this with his personal vehicle.

4-13-07

Larry [signature]

#220372

2-B

came here. I told her I couldn't something is wronge with me ankle. I think I broke me my ankle. She said don't move. She came around in the work release fence, she then took my boot-off. I told her that hurts she told me she have to look at it. She then told me to move my toe's I did she said thats good but your ankle is broke. I ask her how she know she said I can see it. She then made a call the same call she made befor she asked me what was wrong. I have Larry Carr in my custody his still on the premisses. She said I need an ambulance. Shortly the warden came with other officers asked her way was I still laying here she said she was waiting for clearance to call for an ambulance. He then ask me can you move your toe's. I showed him that I could. He gave order to pick me up and put me in the back of His (warden George) personal pick-up truck. Lt. Millman said         because of that stupid act I'm not getting an ambulance.

4-13-07

Larry Carr Jr 220372

2. I want 250,000.00 for pain and suffering. I Also would like to press charges

3. I want 250,000.00 for pain and suffering. Also I would like for him to handle His officers and Inmates with out prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13__ day of __August__, 2_007_.

_Larry Linie Cobb_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

FORM #584

## GRIEVANCE FORM

RECEIVED APR 0 5 2007 SCI GRIEVANCE CHAIRMAN

FACILITY: S-C-I
DATE: 3-28-07
GRIEVANT'S NAME: Larry Carr
SBI#: 220372
CASE#: 106006
TIME OF INCIDENT: 2-22-07
HOUSING UNIT: P-T-S

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

While on the ground at work-release after jumping out of the window, Warden Cragge, and L.t. Milman along with other officers denied me my Medical Rights. They also Assulted me. I wrote a grievants on this matter before, 2-26-07. I haven't heard anything from that yet.

ACTION REQUESTED BY GRIEVANT: I want internal investigation to investigate and I want to press Charges on them

GRIEVANT'S SIGNATURE: Larry Carr
DATE: 3-28-07

WAS AN INFORMAL RESOLUTION ACCEPTED?     ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg                                                (302) 739-5601
Commissioner                                         Fax:    (302) 739-8221

April 10, 2007

Larry Carr, SBI# 220372
SCI
PO Box 500
Georgetown, DE 19947

Dear Mr. Carr,

    I am in receipt of your letter dated March 11th.

    I have forwarded your letter to Jim Welch, Medical Director and Ron Drake, Director of Internal Affairs to investigate your complaint.

Sincerely,

Carl C. Danberg
Commissioner

Cc:    Jim Welch, Medical
       Ron Drake, IA
       T# 113

CCD:lmd

I/M: Larry Cani    BLDG. 220372
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk
U.S. District Court
Lockbox 18
844 N. King street
Willmington DE 19801