IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY L. CARR, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-232-GMS |
| | ) |
| WARDEN GEORGE and LT. MILLMAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, the plaintiff, Larry L. Carr, Jr., ("Carr"), filed a complaint without prepayment of the filing fee;

WHEREAS, on July 12, 2007, the court entered an order requiring Carr to complete and return USM-285 forms for the defendants, and informed Carr that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 6);

WHEREAS, to date, the required USM-285 forms have not been received from Carr;

THEREFORE, at Wilmington this 20rd day of Nov., 2007, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

CHIEF, UNITED STATES DISTRICT JUDGE

FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE